# Morgan Lewis

The status conference scheduled for July 29, 2025 is adjourned to August 13, 2025 at 3PM.

SO ORDERED.

_____

LEWIS J. LIMAN
United States District Judge

July 16, 2025

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

July 15, 2025

**VIA ECF**

The Hon. Lewis J. Liman
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ___Jimenez v. GWB Acquisitions LLC and The Gap, Inc.___, **No. 1:24-cv-07385-LJL**

Dear Judge Liman:

We represent Defendant GWB Acquisitions LLC and The Gap, Inc. (collectively "Defendants") in the above-referenced action.   We write jointly with counsel for Plaintiff Iris Jimenez ("Plaintiff") respectfully to request that the Court adjourn the status conference currently scheduled for July 29, 2025 at 12 p.m. to a date and time at least two weeks after July 29, 2025 that is convenient to the Court.   In support of this request, counsel for the parties state that the parties are scheduled to participate in a mediation on July 29, 2025—i.e., the same date as the conference—beginning at 10 a.m.[1]   If granted, this adjournment will permit the parties to focus on preparing for and attending their mediation.   This is the parties' first joint request to adjourn the status conference.   Defendants previously requested an adjournment of the conference to facilitate mediation, and the Court granted that request.   (_See_ Dkt. Nos. 31-32.)

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming
_Counsel for Defendants_

c:  All counsel of record (via ECF)

---

[1] The parties previously were scheduled to mediate on June 16, 2025, but agreed to adjourn that date to permit Plaintiff's expert additional time to prepare a report based on the expert's inspection of the subject property, which all parties agreed would facilitate the mediation.   That report has now been finalized and shared with Defendants.

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

☏ +1.212.309.6000
🖷 +1.212.309.6001