```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IRIS JIMENEZ,                                                     :
:
Plaintiff,                                  :
:  24-cv-7385 (LJL)
-v-                                                :
:  ORDER
GWB ACQUISITIONS LLC and THE GAP, INC.,                           :
:
Defendants.                                 :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court held a post-discovery status conference in this matter today, November 13, 2025. As indicated on the record at the conference, Plaintiff's response to Defendants' anticipated motion for summary judgment is due December 12, 2025. Defendants' reply is due December 19, 2025.

    SO ORDERED.

Dated: November 13, 2025
       New York, New York

                                                    LEWIS J. LIMAN
                                             United States District Judge