# Morgan Lewis

**Megan L. Lipsky**
Associate
+1.202.739.5076
megan.lipsky@morganlewis.com

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

December 30, 2025

December 30, 2025

**VIA ECF**

The Hon. Lewis J. Liman
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:      *Jimenez v. GWB Acquisitions and The Gap, Inc.,* No. 1:24-cv-07385-LJL

Dear Judge Liman:

We represent Defendants GWB Acquisitions and The Gap, Inc. ("The Gap") (collectively, "Defendants") in the above-referenced action.  We write, with the consent of Plaintiff Iris Jimenez ("Plaintiff"), respectfully to request that the Court extend the parties' deadline to submit Motions in Limine, Jury Instructions, Voir Dire, and a Joint Pretrial Order from January 5, 2026 to January 20, 2026. The Court set these deadlines in connection with a scheduled trial date of February 2, 2026. When the Court postponed the trial to February 9, 2026 (*see* Text Order entered December 12, 2025), no other pre-trial deadlines were extended. In consideration of Defendants' pending Motion for Summary Judgment, the upcoming New Year's holiday, and the fact that Defendants are largely out of office for the holiday season, the parties jointly request a brief extension of the pre-trial deadlines to allow the Court to rule on Defendants' Motion for Summary Judgment and so that the parties can be afforded sufficient time to confer on these substantive submissions, narrowing the disputed issues in the process.

We thank the Court in advance for its consideration of this request.

Sincerely,

*/s/ Megan L. Lipsky*
Megan L. Lipsky

c:      All counsel of record (via ECF)

**Morgan, Lewis & Bockius** LLP

1111 Pennsylvania Avenue, NW
Washington, DC  20004
United States

☎ +1.202.739.3000
🖷 +1.202.739.3001