UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/16/2026

-------------------------------------------------------------------X

IRIS JIMENEZ,

                Plaintiff,

    -v-

GWB ACQUISITIONS LLC and THE GAP, INC.,

             Defendants.

-------------------------------------------------------------------X

24-cv-7385 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court heard oral argument on Defendants' motion for summary judgment yesterday, January 15, 2026. As indicated on the record at the hearing, trial in this case is adjourned from February 9, 2026, to February 17, 2026, at 9:30 A.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. The current deadlines for pretrial filings including motions in limine, jury instructions, voir dire, and the joint pretrial order are adjourned by one week from January 20, 2026, to January 27, 2026. The Court will hold a final pretrial conference on February 10, 2026, at 11:30 A.M. in Courtroom 15C.

      SO ORDERED.

Dated: January 16, 2026
      New York, New York

                              LEWIS J. LIMAN
                        United States District Judge