**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
IRIS JIMENEZ,

                        Plaintiff,                                    24 **CIVIL** 7385 (LJL)

        -against-                                                         **JUDGMENT**

  GWB ACQUISITIONS LLC and THE GAP, INC.,


                        Defendants.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated January 30, 2026, Defendants' motion for summary

judgment is GRANTED.  Plaintiff's ADA claim is DISMISSED WITH PREJUDICE, and her

state and city claims are DISMISSED WITHOUT PREJUDICE.

**Dated:**  New York, New York

        February 3, 2026


                                                        **TAMMI M. HELLWIG**
                                                        _____
                                                               **Clerk of Court**


                                        **BY:**
                                                        _____
                                                              **Deputy Clerk**